**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

**CASE No. 1:26-cv-01965-GPG-CYC**

**HEATHER GRANT**,

Plaintiff,

vs.

**TRX WINDOWS LLC,**

Defendant(s).

_______________________________________/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT TRX WINDOWS LLC**

Plaintiff HEATHER GRANT, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal *without* Prejudice of Defendant TRX WINDOWS LLC in the above styled action. Defendant TRX WINDOWS LLC has not filed an answer or motion for summary judgment.

DATED: July 2, 2026

Respectfully Submitted,

/s/ Samuel J. Awad .

**SAMUEL J. AWAD, ESQ.**
Florida Bar No.: 1058426
(Barred in the Federal District Court of Colorado)
E-mail: samuel@jibraellaw.com
*The Law Offices of Jibrael S. Hindi*
1515 NE 26th Street,
Wilton Manors, Florida 33305
Phone: 813-340-8838

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 2, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Respectfully Submitted,

/s/ Samuel J. Awad .

**SAMUEL J. AWAD, ESQ.**
Florida Bar No.: 1058426
E-mail: samuel@jibraellaw.com



**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com